# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**MARVIN LANGSTON,**

    **Plaintiff/Counter-Defendant,**

**vs.**                                                                                           **NO.  2:09-cv-02397**

**ALLSTATE INURANCE COMPANY,**

    **Defendant/Counter-Plaintiff.**

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

On September 13, 2010, the Court entered a Voluntary Order of Nonsuit (D.E. #33) without prejudice against Defendant/Counter-Plaintiff Allstate Insurance Company ("Allstate") with costs to be assessed against Plaintiff/Counter-Defendant Marvin Langston ("Langston"). Allstate has notified the Court that it does not wish to pursue its counter-claims against Langston. Accordingly, the Court **DISMISSES** Allstate's counter-claims without prejudice and judgment shall enter accordingly.

**IT IS SO ORDERED** this 21st day of September, 2010.

                                                   s/Bernice Bouie Donald
                                                   **BERNICE BOUIE DONALD**
                                                   **UNITED STATES DISTRICT COURT**